**E-filed 8/9/06**

1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   DOUGLAS J. FARMER, Cal. Bar No. 139646
3  CHARLES J. ANTONEN, Cal. Bar. No. 221207
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone:    415-434-9100
5  Facsimile:    415-434-3947

6  Attorneys for Defendants
   VUNG TAU II, INC., TAMMY HUYHN, and
7  VICTOR HUYHN

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 | HANH MY K., HUNG CHI VO, DUNG    | Case No. C06 3426 PVT JF
   | PHAN, and BILL HUYNH,             |
14 |                                   |
   |            Plaintiffs,            | **STIPULATION AND [PROPOSED]**
15 |                                   | **ORDER CONTINUING CASE**
   |       v.                          | **MANAGEMENT CONFERENCE**
16 |                                   |
   | VUNG TAU II, Inc., TAMMY HUYHN,   |
17 | VICTOR HUYHN, and DOES 1 to 25,   |
   | inclusive,                        |
18 |                                   |
   |            Defendants.            |
19

     Defendants Vung Tau II, Inc., Tammy Huynh, and Victor Huyhn (collectively "Defendants") and Plaintiffs Hanh My K., Hung Chi Vo, Dung Phan, and Bill Huynh (collectively "Plaintiffs") hereby stipulate and request a court order as follows:

1. A case management conference in this matter is scheduled to take place on August 25, 2006 at 10:30 a.m.

2. Plaintiffs have filed a motion to amend their complaint and remand this matter back to the Santa Clara Superior Court, which is scheduled to be heard on September 8, 2006.

3. The parties believe holding a case management conference before the Court rules on Plaintiffs' motion to amend and remand would be premature.

4. Plaintiffs and Defendants request the case management conference be continued to **October 6, 2006** at **10:30 a.m.**

IT IS SO STIPULATED.

Dated: August 4th, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
CHARLES J. ANTONEN
Attorneys for Defendants
VUNG TAU II, INC., TAMMY HUYNH, and VICTOR HUYHN

Dated: August ____, 2006

NGUYEN & PHAN LAW FIRM, INC.

By _____
STANLEY PHAN
Attorneys for Plaintiffs
HANH MY K., HUNG CHI VO, DUNG PHAN, and BILL HUYNH

W02-WEST:5CA1\400050988.1      -2-

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

08/04/2006 12:03 FAX 4084410188  NGUYEN & PHAN LAW FIRM   Case 5:06-cv-03426-JF   Document 10   Filed 08/09/06   Page 3 of 4   @003/004

AUG. 4. 2006  9:56AM   SHEPPARD MULLIN                                           NO. 283   P. 3

1. Defendants Vung Tau II, Inc., Tammy Huynh, and Victor Huyhn (collectively "Defendants") and Plaintiffs Hanh My K., Hung Chi Vo, Dung Phan, and Bill Huynh (collectively "Plaintiffs") hereby stipulate and request a court order as follows:

    1. A case management conference in this matter is scheduled to take place on August 25, 2006 at 10:30 a.m.

    2. Plaintiffs have filed a motion to amend their complaint and remand this matter back to the Santa Clara Superior Court, which is scheduled to be heard on September 8, 2006.

    3. The parties believe holding a case management conference before the Court rules on Plaintiffs' motion to amend and remand would be premature.

    4. Plaintiffs and Defendants request the case management conference be continued to October 6, 2006 at 10:30 a.m.

IT IS SO STIPULATED.

Dated: August 4th, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
CHARLES J. ANTONEN
Attorneys for Defendants
VUNG TAU II, INC., TAMMY HUYNH, and
VICTOR HUYHN

Dated: August 4, 2006

NGUYEN & PHAN LAW FIRM, INC.

By _____
STANLEY PHAN
Attorneys for Plaintiffs
HANH MY K., HUNG CHI VO, DUNG PHAN, and
BILL HUYNH

W02-WEST:5CA1\400050988.1                           -2-                    STIPULATION AND ORDER CONTINUING CASE
                                                                                  MANAGEMENT CONFERENCE

1  GOOD CAUSE APPEARING, IT IS SO ORDERED

3  Dated:    8/8/06

HONORABLE
JEREMY FOGEL

By: _____
U.S. DISTRICT COURT JUDGE