**E-Filed 9/5/06**

NOT FOR CITATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| HANH MY K., et al., <br><br>              Plaintiffs, <br><br>    v. <br><br>VUNG TAU II, INC., et al., <br><br>              Defendants. | Case Number C 06-3426 JF (PVT) <br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR REMAND <br><br>[Doc. No. 7] |

     On July 6, 2006, Plaintiffs filed a motion for leave to amend their complaint to omit the only federal law claim, and for remand to the Santa Clara Superior Court. On September 1, 2006, Defendants filed a notice of non-opposition. For good cause shown, Plaintiffs' motion is GRANTED. The Clerk of the Court shall transmit the file to the Santa Clara Superior Court and shall close the file in this Court. The hearing scheduled for September 8, 2006 is vacated.

     IT IS SO ORDERED.

DATED: 9/5/06

                                        _____
                                        JEREMY FOGEL
                                        United States District Judge

1  This Order was served on the following persons:

2

3  Charles J. Antonen     cantonen@sheppardmullin.com

4  Douglas J. Farmer     dfarmer@sheppardmullin.com,

5  Duyen Hoang Nguyen     NguyenDH1@aol.com,

6  Stanley Phan
   Law Office of Duyen H. Nguyen
7  72 North Fifth Street, Suite 5
   San Jose, CA 95112

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 06-3426 JF (PVT)
ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FOR REMAND
(JFLC2)